___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 18, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.
___

In The United States Bankruptcy Court
For The Southern District of Mississippi

In Re:  Lesia C. Powell                                    Chapter 13 No.  21-00862 JAW

### Order Approving Modification of Plan

This matter having come before the Court on the Debtor's Motion for Modification of Plan (Dk#38), the Court orders as follows:

THAT, the Debtor's Motion to Modify is hereby granted.

THAT, the Trustee is authorized to decrease the Debtor's plan payments to pay zero (0) percent to unsecured creditors.

##END OF ORDER##

Prepared by:
Frank H. Coxwell   MSB#7781
Coxwell Attorneys
1675 Lakeland Drive Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
frank@coxwellattorneys.com